IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., | NO. C 11-02092 JW |
|       Plaintiff,<br>  v. | **ORDER REQUIRING SUPPLEMENTAL EVIDENCE RE. REQUEST FOR FEES AND COSTS** |
| Phuong Tan, d/b/a Charlie Chan Cafe, | |
|       Defendant. | |

Presently before the Court is Plaintiff's Motion for Default Judgment.[1] In both its Complaint and its Motion for Default Judgment, Plaintiff requests attorney fees and costs.[2] Upon review, however, the Court finds that Plaintiff has failed to provide an accounting of attorney fees or costs in any of its filings, frustrating the Court's efforts at evaluating its request for attorney fees and costs.[3]

Accordingly, on or before **October 13, 2011 at noon**, Plaintiff shall file a supplemental declaration providing a detailed accounting of its request for attorney fees and costs. Failure to

---

[1] (Memorandum of Points and Authorities in Support of Plaintiff's Application for Default Judgment by the Court, hereafter, "Application," Docket Item No. 8-1.)

[2] (See Complaint at 9-10, Docket Item No. 1; Application at 10.)

[3] The Court observes that Plaintiff's counsel has failed to provide any accounting of his requests for attorney fees and costs in similar cases. (See, e.g., Order Requiring Supplemental Evidence re. Request for Fees and Costs, Docket Item No. 18 in No. C 10-2558-JW.) As the Court has reminded Plaintiff's counsel on multiple occasions, failure to provide an accounting of attorney fees and costs will result in a waiver of his request for said fees and costs. Further, the Court admonishes Plaintiff's counsel that his repeated failure to provide an accounting of his requests for fees and costs, thereby requiring the Court to issue supplemental orders such as this one, is a waste of judicial resources.

timely filed the required accounting shall be deemed a waiver of Plaintiff's request for fees and costs.

Dated: October 11, 2011

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas Peter Riley TPRLAW@att.net

**Dated:  October 11, 2011**                          **Richard W. Wieking, Clerk**

                                                                            **By:      /s/ JW Chambers                      **
                                                                                      **Susan Imbriani**
                                                                                      **Courtroom Deputy**